Certificate Number: 17082-MSS-DE-041141413

Bankruptcy Case Number: 21-01384



17082-MSS-DE-041141413

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 26, 2026, at 2:27 o'clock PM MST, LINDA C STEPHENS completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:   June 26, 2026                    By:     /s/Orsolya K Lazar

Name:  Orsolya K Lazar

Title:   Executive Director