United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                          Case No. 21-01384-JAW

Linda Carol Stephens                                                              Chapter 13

Broadus James Stephens

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 1 of 3 |
| Date Rcvd: Jul 24, 2026 | Form ID: 3180W | Total Noticed: 43 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Linda Carol Stephens, Broadus James Stephens, 920 Graball Freerun Rd, Yazoo City, MS 39194-8685 |
| 5026578 | + | Baton Rouge Radiology, 5422 Dijon Dr, Baton Rouge, LA 70808-4382 |
| 5026579 | + | Broadus S Stephens, 920 Graball Freerun Rd, Yazoo City, MS 39194-8685 |
| 5026587 | + | JPM Chase, P.O. Box 7013, Indianapolis, IN 46207-7013 |
| 5026590 | + | Mayfair Physician Serv, 3867 PLAZA TOWER DR, Baton Rouge, LA 70816-4378 |
| 5026595 | | Oshner, PO Box 3475, Toledo, OH 43607-0475 |
| 5040172 | + | Santander Consumer USA, Inc. an Illinois corporati, d/b/a CHRYSLER CAPITAL, 1601 Elm St, Suite 800, Dallas, TX 75201-7260 |
| 5026603 | | USAA FSB, PO Box 47504, San Antonio, TX 78263 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PHINAMERI.COM | Jul 24 2026 23:34:00 | AmeriCredit Financial Services, Inc. dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |
| 5026576 | | Email/Text: ebn@americollect.com | Jul 24 2026 19:35:00 | Americollect, 1851 S Alverno Road, Manitowoc, WI 54221 |
| 5028260 | | EDI: PHINAMERI.COM | Jul 24 2026 23:34:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 5027571 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 24 2026 19:49:21 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5026577 | + | EDI: BANKAMER | Jul 24 2026 23:34:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 5026580 | + | EDI: CAPIO.COM | Jul 24 2026 23:34:00 | Capio Partners, LLC, 3400 Texoma Parkway, Sherman, TX 75090-1905 |
| 5026581 | + | EDI: CAPITALONE.COM | Jul 24 2026 23:34:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 5029445 | + | EDI: AIS.COM | Jul 24 2026 23:34:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5026582 | + | EDI: JPMORGANCHASE | Jul 24 2026 23:34:00 | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 5026583 | | EDI: CITICORP | Jul 24 2026 23:34:00 | Citi Bank, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 5026584 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 24 2026 19:49:21 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 5026585 | | EDI: DISCOVER | Jul 24 2026 23:34:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |

District/off: 0538-3      User: mssbad      Page 2 of 3

Date Rcvd: Jul 24, 2026      Form ID: 3180W      Total Noticed: 43

| | | | |
|---|---|---|---|
| 5027813 | EDI: DISCOVER | Jul 24 2026 23:34:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5026586 | EDI: PHINAMERI.COM | Jul 24 2026 23:34:00 | GM Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 5031369 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jul 24 2026 19:35:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5026588 | + EDI: CAPITALONE.COM | Jul 24 2026 23:34:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 5026589 | + EDI: LENDNGCLUB | Jul 24 2026 23:34:00 | LendingClub, 595 Market St, San Francisco, CA 94105-2802 |
| 5040806 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 24 2026 19:49:37 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5026591 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 24 2026 19:49:21 | Merrick Bank/CardWorks, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5026592 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 24 2026 19:35:00 | Midland Funding, 8875 Areo Dr, Ste 200, San Diego, CA 92123-2255 |
| 5026593 | + Email/Text: bankruptcy@neighborsfcu.org | Jul 24 2026 19:35:00 | Neighbors Federal Credit Union, PO Box 2831, Baton Rouge, LA 70821-2831 |
| 5026594 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jul 24 2026 19:35:00 | Nelnet, P.O. Box 82561, Lincoln, NE 68501-2561 |
| 5026596 | EDI: PRA.COM | Jul 24 2026 23:34:00 | Portfolio Recovery, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5049620 | EDI: PRA.COM | Jul 24 2026 23:34:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 5026597 | + EDI: PRA.COM | Jul 24 2026 23:34:00 | Portfolio Recovery Ass, 120 Corporate Blvd., Ste 100, Norfolk, VA 23502-4952 |
| 5041530 | EDI: Q3G.COM | Jul 24 2026 23:34:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5026598 | + Email/Text: ngisupport@radiusgs.com | Jul 24 2026 19:35:00 | Radius Global Solution, 9550 Regency Sq, Ste 602, Jacksonville, FL 32225-8116 |
| 5026599 | + Email/PDF: resurgentbknotifications@resurgent.com | Jul 24 2026 19:49:37 | Resurgent Capital Svcs, P.O. Box 1410, Troy, MI 48099-1410 |
| 5027620 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 24 2026 19:49:29 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5026600 | + Email/Text: enotifications@santanderconsumerusa.com | Jul 24 2026 19:35:00 | Santander Consumer USA, Po Box 961212, Fort Worth, TX 76161-0212 |
| 5026601 | + EDI: SYNC | Jul 24 2026 23:34:00 | Synchrony Bank, PO Box 105972, Atlanta, GA 30348-5972 |
| 5027262 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jul 24 2026 19:35:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Suite 201, Lincoln, NE 68508-1911 |
| 5026602 | + Email/Text: BAN-U140190@ucbinc.com | Jul 24 2026 19:35:00 | United Collection Bure, PO Box 140190, Toledo, OH 43614-0190 |
| 5047446 | + EDI: AIS.COM | Jul 24 2026 23:34:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5026604 | + EDI: WFHOME | Jul 24 2026 23:34:00 | Wells Fargo Bank NA, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 35

District/off: 0538-3                          User: mssbad                                    Page 3 of 3
Date Rcvd: Jul 24, 2026                       Form ID: 3180W                              Total Noticed: 43

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2026                      Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Jennifer A Curry Calvillo | on behalf of Joint Debtor Broadus James Stephens jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Jennifer A Curry Calvillo | on behalf of Debtor Linda Carol Stephens jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Broadus James Stephens trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Linda Carol Stephens trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Torri Parker Martin | tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 6

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Linda Carol Stephens** | Social Security number or ITIN | **xxx–xx–6358** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ | |
| Debtor 2 (Spouse, if filing) | **Broadus James Stephens** | Social Security number or ITIN | **xxx–xx–3323** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ | |

United States Bankruptcy Court for the **Southern District of Mississippi**

Case number:  **21–01384–JAW**

---

# Order of Discharge

**12/18**

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

**Linda Carol Stephens**

**Broadus James Stephens**
aka Broadus J. Stephens Jr.

Dated: 7/24/26

**By the court:**   /s/Jamie A. Wilson
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

## Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

---

Form 3180W                    **Chapter 13 Discharge**                    page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**